UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LESTER BELL, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>LEONARD BROWN, ET AL., )<br>   Defendants. )<br>) | No. 1:18-CV-522<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Court's Order (ECF No. 32), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: January 14, 2019                /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge